UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

MATTHEW PAUL QUALLS,　　　　　]
　　　　　　　　　　　　　　　　]
　　　Plaintiff,　　　　　　　　]
　　　　　　　　　　　　　　　　]
v.　　　　　　　　　　　　　　　]　　No.　2:24-cv-00207-DCLC-CRW
　　　　　　　　　　　　　　　　]
HAWKINS COUNTY, TENNESSEE, et al, ]
　　　　　　　　　　　　　　　　]
　　　Defendants.　　　　　　　　]

**MOTION TO RECONSIDER, IN PART, ORDER [DOC. 65], DENYING THE MOTIONS FOR SUMMARY JUDGMENT OF RONNIE LAWSON, BRANDON HARVEY, CALEB WOLFE, HAILLEY BURTON, AND JESSICA ALLEN HORTON AS PREMATURE**

The defendants, Ronnie Lawson, Brandon Harvey, Caleb Wolfe, Hailley Burton, and Jessica Allen Horton, in their individual capacities, move this Court, pursuant to Federal Rule of Civil Procedure 54(b), to reconsider, in part, the Order [Doc. 65] denying their Motions for Summary Judgment [Docs. 39, 47, 50, 54] as "premature".　[Doc. 65, PageID #: 738]

The motions for summary judgment filed by these individual defendants are all asserting and relying upon qualified immunity.　Therefore, these defendants respectfully submit that denying their motions as premature without first assessing the merits of the qualified immunity motions is a "clear error" of law warranting reconsideration.　Since these defendants have properly asserted their defense of qualified immunity, the Court must review the motions for summary judgment and the supporting documents and either rule on the qualified immunity issues or allow limited discovery only if the Court finds that there are material facts in dispute requiring that discovery.

Wherefore, these defendants respectfully submit that the Court should reconsider its prior

1

Order, in part, and evaluate each of these defendants' Motions for Summary Judgment [Docs. 39, 47, 50, 54] to determine whether the motions can be ruled upon their merits or whether some limited discovery should be permitted.   These defendants further assert that additional discovery should be stayed until the Court has had an opportunity to make that required assessment.

This Motion is supported by a Memorandum Brief filed herewith.

Respectfully submitted,

*s/ Jeffrey M. Ward*
JEFFREY M. WARD, BPR # 016329
HERRIN, McPEAK, SHEPARD & KETCHIE
P. O. Box 629
Johnson City, TN 37605-0629
423 929-7113
423 929-7114 Facsimile
jward@hmsklaw.com

Attorney for Defendants, Ronnie Lawson, Brandon Harvey, Caleb Wolfe, Hailley Burton, and Jessica Allen Horton

2